```
DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650)345-7801 FAX(650)345-1514
(707 544-5500 FAX(707)544-0475
```



**Entered on Docket**
**February 22, 2024**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 22, 2024

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

**In re:**

**CATHLEEN VELASCO SANTOS REPIL**

Debtor(s)

Case No.: 23-30768 HLB

Chapter 13

### ORDER CONFIRMING CHAPTER 13 PLAN

After notice and opportunity for a hearing it is determined that the Chapter 13 plan satisfies the requirements of 11 U.S.C. §1325. Therefore, **IT IS ORDERED** that the plan filed at docket **#20** is confirmed.

### ATTORNEY FEES

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor(s)' attorney in the full amount of **$9,100.00** are approved, **$851.00** of which was paid prior to the filing of the petition. Provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, the balance of **$8,249.00**, shall be paid by the chapter 13 Trustee from plan payments in accordance with Section 6 of the plan.

* * * * * END OF ORDER * * * * *

**Court Service List**

CATHLEEN VELASCO SANTOS REPIL
61 1ST AVE
DALY CITY, CA 94014